UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JORDAN K. LABELLE, | Civil No. 25-160 (JRT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN MCF-RUSH CITY, | |
| Respondent. | |

Jordan K LaBelle, OID # 266787, MCF Rush City, 7600 525th Street, Rush City, MN 55069, *pro se* petitioner.

Edwin William Stockmeyer, III, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, David P Frank, **BELTRAMI COUNTY ATTORNEY'S OFFICE,** 600 Minnesota Avenue, Suite 400, Bemidji, MN 56601, for respondent.

This matter is before the Court on the Report and Recommendation issued on February 13, 2025 (ECF No. 4). No objections have been submitted by the deadline.  **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 4) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: March 6, 2025                                    \_\_\_\_s/John R. Tunheim\_\_\_\_
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                                                  United States District Judge